478 A.2d 103

Zick, Appellant, v. Zick.

Argued February 15, 1984. Clement E. Kisailus, for appellant; George E. Clark, for appellee. Before CAVANAUGH, CIRILLO and WATKINS, JJ. Order affirmed.

June 19, 1984.

478 A.2d 103

Commonwealth v. Fallstich, Appellant.

Submitted May 23, 1984. Edward R. Eidelman, Assistant Public Defender, for appellant; William H. Platt, District Attorney, for appellee. Before DEL SOLE, MONTEMURO and HOFFMAN, JJ. Affirmed.